# Notice Recipients

District/Off: 0752−1     User: admin     Date Created: 2/20/2025
Case: 25−01964     Form ID: 309C     Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Flava Works, Inc. | PO Box 2095   Chicago, IL 60690 |
| tr | Michael K Desmond | Michael K. Desmond, Trustee   311 S. Wacker Dr.   Suite 3000   Chicago, IL 60606 |
| aty | Robert J Adams | Robert J. Adams & Associates   1200 W. 35th Street   Suite 433   60609   Chicago, IL 60609 |
| 31275484 | 933 W. Irving Park Corp | 4444 W. Montrose   Chicago, IL 60641 |
| 31275485 | A4A R?SEAU INC. DBA, A4A NETWORK INC. | 500, Place d'Armes 1800.00   Montreal QC H2L 2W3 Canada |
| 31275487 | BRADLEY LEGAL GROUP P.A. | 1217 E BROWARD BOULEVARD   Fort Lauderdale, FL 33301 |
| 31275486 | Blaise & Nitschke, P.C. | 145 S. Wells   Chicago, IL 60616 |
| 31275488 | Department of the Treasury | Internal Revenue Service   P.O. Box 7346   Philadelphia, PA 19101−7346 |
| 31275489 | Illinois Department of Revenue | Bankruptcy Section   Bankruptcy Section, P.O. Box 19035   Springfield, IL 62794−9035 |
| 31275490 | Law Office of Bryan E. Moore, P. C | 2476 Meadowdale Lane   Woodridge, IL 60517 |
| 31275491 | Lisa Collyer | 4444 W MONTROSE AVE   Chicago, IL 60641 |
| 31275492 | Mandell Menkes LLC | 333 W. Wacker 450   Chicago, IL 60606 |
| 31275493 | Marques Rondale Gunter and SalsaIndy LLC | d/b/a Salsaindy LLC |
| 31275483 | Neal, Gerber & Eisenberg LLP | Two N. LaSalee 1700   Chicago, IL 60602 |
| 31275496 | US Trustee Patrick S. Layng | 219 S Dearborn St Rm 873   Chicago, IL 60604−2027 |
| 31275494 | United States Attorney's Office | 219 S. Dearborn   Chicago, IL 60604 |
| 31275495 | United States Trustee | 219 S Dearborn St Rm 873   Chicago, IL 60604−2027 |

TOTAL: 17