**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | Flava Works, Inc._____<br>Name | EIN: 20–1837529 |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter: 7   2/8/25 |
| Case number: | 25–01964 | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Flava Works, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 2095<br>Chicago, IL 60690 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert J Adams<br>Robert J. Adams & Associates<br>1200 W. 35th Street<br>Suite 433<br>60609<br>Chicago, IL 60609 | Contact phone 312–346–0100<br><br>Email: bankruptcy714@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael K Desmond<br>Michael K. Desmond, Trustee<br>311 S. Wacker Dr.<br>Suite 3000<br>Chicago, IL 60606 | Contact phone 312–264–1007<br><br>Email: mkd.trustee@sgrlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 2/20/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 24, 2025 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 402 186 6713, and Passcode 9698424805, OR call 1–413–440–2645**<br>For additional meeting information, go to www.justice.gov/ust/moc . |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

United States Bankruptcy Court

Northern District of Illinois

In re:  
Flava Works, Inc.  
    Debtor

Case No. 25-01964-MBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 20, 2025      Form ID: 309C      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Flava Works, Inc., PO Box 2095, Chicago, IL 60690-2095 |
| 31275484 | + | 933 W. Irving Park Corp, 4444 W. Montrose, Chicago, IL 60641-2083 |
| 31275485 | | A4A R?SEAU INC. DBA, A4A NETWORK INC., 500, Place d'Armes 1800.00, Montreal QC H2L 2W3 Canada |
| 31275487 | + | BRADLEY LEGAL GROUP P.A., 1217 E BROWARD BOULEVARD, Fort Lauderdale, FL 33301-2133 |
| 31275490 | + | Law Office of Bryan E. Moore, P. C, 2476 Meadowdale Lane, Woodridge, IL 60517-3955 |
| 31275491 | + | Lisa Collyer, 4444 W MONTROSE AVE, Chicago, IL 60641-2083 |
| 31275483 | | Neal, Gerber & Eisenberg LLP, Two N. LaSalee 1700, Chicago, IL 60602 |
| 31275496 | | US Trustee Patrick S. Layng, 219 S Dearborn St Rm 873, Chicago, IL 60604-2027 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy714@gmail.com | Feb 20 2025 22:53:00 | Robert J Adams, Robert J. Adams & Associates, 1200 W. 35th Street, Suite 433, 60609, Chicago, IL 60609 |
| tr | + | EDI: BMKDESMOND | Feb 21 2025 03:42:00 | Michael K Desmond, Michael K. Desmond, Trustee, 311 S. Wacker Dr., Suite 3000, Chicago, IL 60606-6683 |
| 31275486 | | Email/Text: info@blaisenitschkelaw.com | Feb 20 2025 22:54:00 | Blaise & Nitschke, P.C., 145 S. Wells, Chicago, IL 60616 |
| 31275488 | | EDI: IRS.COM | Feb 21 2025 03:42:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31275489 | | Email/Text: rev.bankruptcy@illinois.gov | Feb 20 2025 22:54:00 | Illinois Department of Revenue, Bankruptcy Section, Bankruptcy Section, P.O. Box 19035, Springfield, IL 62794-9035 |
| 31275494 | + | Email/Text: USAILN.Bankruptcy.Notices@usdoj.gov | Feb 20 2025 22:54:00 | United States Attorney's Office, 219 S. Dearborn, Chicago, IL 60604-1708 |
| 31275495 | | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Feb 20 2025 22:54:00 | United States Trustee, 219 S Dearborn St Rm 873, Chicago, IL 60604-2027 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31275493 | | Marques Rondale Gunter and SalsaIndy LLC, d/b/a Salsaindy LLC |
| 31275492 | ##+ | Mandell Menkes LLC, 333 W. Wacker 450, Chicago, IL 60606-2224 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Michael K Desmond | mkd.trustee@sgrlaw.com  IL23@ecfcbis.com |
| Robert J Adams | on behalf of Debtor 1 Flava Works  Inc. bankruptcy714@gmail.com, RobertJAdams@jubileebk.net |

TOTAL: 3