# U.S. Bankruptcy Court for the Northern District Of Illinois (Eastern Division)
## Attorney Appearance Form

Case Title: In Re: FLAVA WORKS, INC.     Bankruptcy Petition Number: 25-01964

An appearance is hereby filed by the undersigned as attorney for:

A4A Reseau, Inc.

Attorney name (type or print):   Bruce N. Menkes

Firm:   Mandell Menkes LLC

Street address:   1 N. Franklin Street, Suite 900

City/State/Zip:   Chicago, IL 60606

Bar ID Number: 6187337     Telephone Number: (312) 251-1003
(See item 3 in instructions)

Email Address: bmenkes@mandellmenkes.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 24, 2025

Attorney signature:   S/ Bruce N. Menkes
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015